**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elizabeth C. Tolan                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 26-12900 amc

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust, National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust and index same on the master mailing list.

      Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
14 Jul 2026, 06:31:30, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 729666a1e2f269ce4dcba419b1185ca7ae2fce93c64b962f7f107717653a2056