**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  **ELIZABETH TOLAN** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **NO. 26-12900** |

## <u>ORDER</u>

AND NOW, this ___24th___ day of ___July___, 2026, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **August 6, 2026** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____ J.
Ashely M. Chan
Chief U.S. Bankruptcy Judge