United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 26-12900-amc

Elizabeth C. Tolan                                              Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                         Page 1 of 1

Date Rcvd: Jul 24, 2026                 Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Elizabeth C. Tolan, 300 N. Lafayette Avenue, Morrisville, PA 19067-6635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name                    Email Address**

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

MAGGIE S SOBOLESKI
                        on behalf of Creditor U.S. Bank Trust  National Association, not in its individual capacity, but solely as Owner Trustee for
                        VRMTG Asset Trust msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

PAUL H. YOUNG
                        on behalf of Debtor Elizabeth C. Tolan support@ymalaw.com
                        ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                        ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ELIZABETH TOLAN          :          CHAPTER 13
                              :
     Debtor          :          NO. 26-12900

### ORDER

AND NOW, this   24th   day of   July   , 2026, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an extension to **August 6, 2026** in which to file

the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

                                             _____ J.
                    Ashely M. Chan
                    Chief U.S. Bankruptcy Judge