**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ELIZABETH TOLAN          :     CHAPTER 13
                                 :
          **Debtor**             :
                                 :     **Case No. 26-12900amc**

**CERTIFICATE OF SERVICE**

I, Paul H. Young, Esquire, hereby certify, pursuant to the penalty for perjury, that the Chapter 13 Plan has been served upon all creditors listed on the attached matrix, on July 30, 2026  by US Mail postage prepaid.

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates
Attorney for Debtor

Dated: July 30, 2026

Aargon Agency Inc
Attn: Bankruptcy
8668 Spring Mountain Rd, Suite 110
Las Vegas, NV 89117


Aargon Agency Inc
8668 Spring Mountain Rd
Las Vegas, NV 89117


Altra Federal Credit Union
Attn: Bankruptcy
1700 Oak Forest Drive
Onalaska, WI 54650


Altra Federal Credit Union
1700 Oak Forest Drive
Onalaska, WI 54650


Carvant Financial Llc
211 Robbins Lane
Syosset, NY 11791


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062


Credit Collection Services
Po Box 607
Norwood, MA 02062


Fst Premier
Attn: Bankruptcy
601 S Minnesota Ave
Sioux Falls, SD 57104

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107


LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602


LVNV Funding LLC/Resurgent Capital Servi
C/o Resurgent Capital Services
Greenville, SC 29602


Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005


Mohela
Attn: Bankruptcy
Chesterfield, MO 63005


Mohela/dofed
Mohela, Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005


Mohela/dofed
633 Spirit Drive
Chesterfield, MO 63005


US Bank Trust National
c/o Shellpoint Mortgage Servicer
PO Box 10826
Greenville, SC 29603-0826