| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XRV | 350762 | 118200 | 8050 | 0000334256 | 1 |

Page  1(Con't  Next  Page)

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
PO BOX  80726
SEATTLE,  WA 98108

# Earnings  Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 06/28/2026 |
| Period Ending: | 07/04/2026 |
| Pay Date: | 07/10/2026 |

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard  Withholding  Table

ELIZABETH  C  TOLAN
300  N. LAFAYETTE  AVE.
MORRISVILLE  PA  19067

## Earnings

| Earnings | rate | hours | this  period | year  to date |
|---|---|---|---|---|
| Regular | 26.1500 | 35.70 | 933.56 | 12,113.72 |
| Flex/Pto | 26.1500 | 2.13 | 55.70 | 777.15 |
| Premium $1.5 | 1.5000 | 12.83 | 19.25 | 374.52 |
| Premium $2.0 | 2.0000 | 4.42 | 8.84 | 371.78 |
| Premium $4.5 | 4.5000 | 13.92 | 62.64 | 80.33 |
| Premium $5.0 | 5.0000 | 4.15 | 20.75 | 91.85 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem  Holiday | | | | 137.32 |
| **Gross Pay** | | | **$1,100.74** | 14,650.87 |

## Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -68.62 | 302.08 |
| | Social Security Tax | -67.80 | 895.94 |
| | Medicare Tax | -15.85 | 209.53 |
| | PA State Income Tax | -33.57 | 443.62 |
| | NJ SUI Tax | -4.68 | 62.27 |
| | NJ SDI Tax | -2.09 | 27.84 |
| | NJ Paid Family Leave Ins | -2.53 | 33.70 |
| | **Other** | | |
| | Amzndspp | -10.00 | 220.00 |
| | Pre-Tax  Dental | -3.46* | 96.88 |
| | Pre-Tax  Vision | -3.69* | 103.32 |
| | 401K-Roth | -44.03 | 586.02 |
| | **Net Pay** | **$844.42** | |
| | Checking  Acct 1 | -844.42 | |

| Net Check | $0.00 |
|---|---|

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,093.59

**Other Benefits  and**
**Information**

| | this  period | total  to  date |
|---|---|---|
| Flex/Pto Baln | 0.16 | |
| Tot Work Hours | 35.70 | |

## Important  Notes

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR 410 TERRY  AVE NORTH  SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE  FOLLOWING  CODES:
BOOT UP, DOWN  TIME, COMPANY  BUSINESS,

NEW HIRE ORIENTATION,  OFF SITE WORK, ONSITE    ON
CALL,  OUTAGE  PAID,  OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON CALL,  TRAVEL
TIME,UNSCHEDULED    WORK,  USA PAID TIME REG,

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE , WA 98108

| | | |
|---|---|---|
| **Advice number:** | **00000334256** | |
| Pay date: | 07/10/2026 | |

Deposited  to the account  of
**ELIZABETH  C TOLAN**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx2316 | xxxx  xxxx | $844.42 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XRV | 350762 | 118200 | 8050 | 0000324434 | 1 |

Page   1(Con't  Next  Page)

AMAZON.COM  SERVICES  LLC
ATTN:  AMAZON  PAYROLL
PO BOX  80726
SEATTLE,  WA  98108

Filing Status: Head  of household
Exemptions/Allowances:
    Federal:  Standard  Withholding  Table

# Earnings  Statement

**ADP**

| Period Beginning: | 06/21/2026 |
|---|---|
| Period Ending: | 06/27/2026 |
| Pay Date: | 07/02/2026 |

ELIZABETH  C  TOLAN
300  N.  LAFAYETTE  AVE.
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.1500 | 14.07 | 367.93 | 11,180.16 |
| Flex/Pto | 26.1500 | .77 | 20.14 | 721.45 |
| Premium $1.5 | 1.5000 | 9.37 | 14.06 | 355.27 |
| Premium $2.0 | 2.0000 | 4.62 | 9.24 | 362.94 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem Holiday | | | | 137.32 |
| Premium $4.5 | | | | 17.69 |
| Premium $5.0 | | | | 71.10 |
| Gross Pay | | | $411.37 | 13,550.13 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -25.06 | 828.14 |
| | Medicare Tax | -5.86 | 193.68 |
| | PA State Income Tax | -12.41 | 410.05 |
| | NJ SUI Tax | -1.75 | 57.59 |
| | NJ SDI Tax | -0.79 | 25.75 |
| | NJ Paid Family Leave Ins | -0.95 | 31.17 |
| | Federal Income Tax | | 233.46 |
| | **Other** | | |
| | Amzndspp | -10.00 | 210.00 |
| | Pre-Tax Dental | -3.46* | 93.42 |
| | Pre-Tax Vision | -3.69* | 99.63 |
| | 401K-Roth | -16.45 | 541.99 |
| | Net Pay | $330.95 | |
| | Checking Acct 1 | -330.95 | |

| Net Check | $0.00 |
|---|---|

\* **Excluded  from  federal  taxable  wages**
    Your  federal  taxable  wages  this  period  are  $404.22

**Other Benefits  and Information**

| | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 0.15 | |
| Tot Work Hours | 14.07 | |

## Important  Notes

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS  OF PAY:  HOURLY

LEGAL  ADDR 410  TERRY  AVE NORTH  SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE  FOLLOWING  CODES:
BOOT UP, DOWN  TIME,  COMPANY  BUSINESS,

NEW  HIRE  ORIENTATION,  OFF  SITE  WORK,  ONSITE      ON
CALL,  OUTAGE  PAID,  OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON  CALL,  TRAVEL
TIME,UNSCHEDULED   WORK,  USA  PAID  TIME  REG,

WORKERS  COMP  PAID.

© 2000 ADP, Inc.

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
PO BOX  80726
SEATTLE,  WA  98108

| Advice  number: | 00000324434 |
|---|---|
| Pay  date: | 07/02/2026 |

THIS IS NOT A CHECK

Deposited  to  the  account  of

ELIZABETH   C TOLAN

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxxx2316 | xxxx  xxxx | $330.95 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| XRV | 350762 | 118200 | 8050 | 0000314690 | 1 |

## Earnings Statement

**ADP**

Page   1(Con't   Next   Page)

AMAZON.COM   SERVICES   LLC
ATTN:   AMAZON   PAYROLL
PO BOX   80726
SEATTLE,   WA 98108

| | |
|---|---|
| Period Beginning: | 06/14/2026 |
| Period Ending: | 06/20/2026 |
| Pay Date: | 06/26/2026 |

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard   Withholding   Table

ELIZABETH   C   TOLAN
300   N.   LAFAYETTE   AVE.
MORRISVILLE   PA   19067

### Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.1500 | 8.00 | 209.20 | 10,812.23 |
| Flex/Pto | 26.1500 | .47 | 12.29 | 701.31 |
| Premium $1.5 | 1.5000 | 5.28 | 7.92 | 339.75 |
| Premium $2.0 | 2.0000 | 2.67 | 5.34 | 353.70 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem Holiday | | | | 137.32 |
| Premium $4.5 | | | | 17.69 |
| Premium $5.0 | | | | 71.10 |
| **Gross Pay** | | | **$234.75** | 13,137.30 |

### Deductions

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -14.11 | 802.99 |
| | Medicare Tax | -3.30 | 187.80 |
| | PA State Income Tax | -6.99 | 397.60 |
| | NJ SUI Tax | -0.99 | 55.83 |
| | NJ SDI Tax | -0.45 | 24.96 |
| | NJ Paid Family Leave Ins | -0.54 | 30.22 |
| | Federal Income Tax | | 233.46 |
| | **Other** | | |
| | Amzndspp | -10.00 | 200.00 |
| | Pre-Tax Dental | -3.46* | 89.96 |
| | Pre-Tax Vision | -3.69* | 95.94 |
| | 401K-Roth | -9.39 | 525.48 |
| | **Net Pay** | **$181.83** | |
| | Checking Acct 1 | -181.83 | |

**Net Check**                    **$0.00**

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $227.60

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 0.08 | |
| Tot Work Hours | 8.00 | |

### Important Notes

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE    ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED   WORK, USA PAID TIME REG,

WORKERS COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

| Advice number: | 00000314690 |
|---|---|
| Pay date: | 06/26/2026 |

Deposited   to the account   of
**ELIZABETH   C TOLAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxxx2316 | xxxx xxxx | $181.83 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE. | DEPT. | CLOCK | VCHR. NO. | |
|-----|-------|-------|-------|-----------|--|
| XRV | 350762 | 118200 | 8050 | 0000304943 | 1 |

Page  1(Con't  Next  Page)

AMAZON.COM  SERVICES  LLC
ATTN:  AMAZON  PAYROLL
PO BOX  80726
SEATTLE,  WA 98108

# Earnings  Statement

**ADP**

Period  Beginning:     06/07/2026
Period  Ending:        06/13/2026
Pay  Date:             06/18/2026

Filing Status: Head  of household
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

ELIZABETH  C  TOLAN
300  N. LAFAYETTE  AVE.
MORRISVILLE  PA  19067

## Earnings

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|-------------|----------------|
| Regular | 26.1500 | 14.98 | 391.73 | 10,603.03 |
| Flex/Pto | 26.1500 | .92 | 24.06 | 689.02 |
| Premium  $1.5 | 1.5000 | 10.30 | 15.45 | 331.83 |
| Premium  $2.0 | 2.0000 | 4.55 | 9.10 | 348.36 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem  Holiday | | | | 137.32 |
| Premium  $4.5 | | | | 17.69 |
| Premium  $5.0 | | | | 71.10 |
| **Gross  Pay** | | | **$440.34** | 12,902.55 |

## Deductions

| | Statutory | | |
|--|-----------|--|--|
| | Social  Security  Tax | -26.86 | 788.88 |
| | Medicare  Tax | -6.29 | 184.50 |
| | PA  State  Income  Tax | -13.30 | 390.61 |
| | NJ  SUI  Tax | -1.88 | 54.84 |
| | NJ  SDI  Tax | -0.83 | 24.51 |
| | NJ  Paid  Family  Leave  Ins | -1.02 | 29.68 |
| | Federal  Income  Tax | | 233.46 |
| | **Other** | | |
| | Amzndspp | -10.00 | 190.00 |
| | Pre-Tax  Dental | -3.46* | 86.50 |
| | Pre-Tax  Vision | -3.69* | 92.25 |
| | 401K-Roth | -17.61 | 516.09 |
| | **Net Pay** | **$355.40** | |
| | Checking  Acct  1 | -355.40 | |

| Net  Check | $0.00 |
|------------|-------|

\* **Excluded  from  federal  taxable  wages**
   Your  federal  taxable  wages  this  period  are  $433.19

| Other  Benefits  and Information | this  period | total  to  date |
|----------------------------------|-------------|-----------------|
| Flex/Pto  Baln | 0.07 | |
| Tot  Work  Hours | 14.98 | |

### Important  Notes

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR  410  TERRY  AVE  NORTH  SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE  FOLLOWING   CODES:
BOOT  UP, DOWN  TIME, COMPANY  BUSINESS,

NEW  HIRE  ORIENTATION,  OFF  SITE  WORK, ONSITE      ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON  CALL, TRAVEL
TIME,UNSCHEDULED   WORK, USA PAID TIME REG,

WORKERS  COMP  PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

**Advice number:**     00000304943
Pay  date:              06/18/2026

THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|--------------------------------|-----------------|--------------|--------|
| ELIZABETH  C TOLAN | xxxxxxxxxxxxx2316 | xxxx  xxxx | $355.40 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XRV | 350762 | 118200 | 8050 | 0000288332 | 1 |

Page  1(Con't  Next  Page)

AMAZON.COM   SERVICES   LLC
ATTN:  AMAZON   PAYROLL
PO BOX  80726
SEATTLE,   WA  98108

# Earnings  Statement

**ADP**

Period  Beginning:      05/31/2026
Period  Ending:          06/06/2026
Pay  Date:                  06/12/2026

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

ELIZABETH   C  TOLAN
300  N.  LAFAYETTE   AVE.
MORRISVILLE  PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.1500 | 17.00 | 444.55 | 10,211.30 |
| Flex/Pto | 26.1500 | 1.63 | 42.62 | 664.96 |
| Premium $1.5 | 1.5000 | 13.32 | 19.98 | 316.38 |
| Premium $2.0 | 2.0000 | 3.47 | 6.94 | 339.26 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem Holiday | | | | 137.32 |
| Premium $4.5 | | | | 17.69 |
| Premium $5.0 | | | | 71.10 |
| **Gross Pay** | | | **$514.09** | 12,462.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -4.18 | 233.46 |
| | Social Security Tax | -31.43 | 762.02 |
| | Medicare Tax | -7.35 | 178.21 |
| | PA State Income Tax | -15.56 | 377.31 |
| | NJ SUI Tax | -2.18 | 52.96 |
| | NJ SDI Tax | -0.98 | 23.68 |
| | NJ Paid Family Leave Ins | -1.18 | 28.66 |
| | **Other** | | |
| | Amzndspp | -10.00 | 180.00 |
| | Pre-Tax Dental | -3.46* | 83.04 |
| | Pre-Tax Vision | -3.69* | 88.56 |
| | 401K-Roth | -20.56 | 498.48 |
| | **Net Pay** | **$413.52** | |
| | Checking Acct 1 | -413.52 | |

| Net Check | $0.00 |
|---|---|

* **Excluded from federal taxable wages**
   Your  federal  taxable  wages  this  period  are  $506.94

**Other  Benefits   and**

| Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 0.09 | |
| Tot Work Hours | 17.00 | |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR 410  TERRY  AVE NORTH  SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE  FOLLOWING   CODES:
BOOT  UP,  DOWN  TIME,  COMPANY  BUSINESS,

NEW HIRE ORIENTATION,  OFF SITE WORK, ONSITE     ON
CALL, OUTAGE  PAID,  OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON CALL,  TRAVEL
TIME,UNSCHEDULED    WORK,  USA PAID  TIME  REG,

WORKERS  COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

**Advice number:**        00000288332
Pay  date:                    06/12/2026

Deposited  to the account  of
**ELIZABETH   C TOLAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxxx2316 | xxxx xxxx | $413.52 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XRV | 350762 | 118200 | 8050 | 0000278745 | 1 |

## Earnings Statement

**ADP**

Page 1(Con't Next Page)

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

| | |
|---|---|
| Period Beginning: | 05/24/2026 |
| Period Ending: | 05/30/2026 |
| Pay Date: | 06/05/2026 |

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

ELIZABETH C TOLAN
300 N. LAFAYETTE AVE.
MORRISVILLE PA 19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.1500 | 13.33 | 348.58 | 9,766.75 |
| Flex/Pto | 26.1500 | .30 | 7.85 | 622.34 |
| Premium $1.5 | 1.5000 | 8.08 | 12.12 | 296.40 |
| Premium $2.0 | 2.0000 | 4.70 | 9.40 | 332.32 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem Holiday | | | | 137.32 |
| Premium $4.5 | | | | 17.69 |
| Premium $5.0 | | | | 71.10 |
| **Gross Pay** | | | **$377.95** | 11,948.12 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -22.99 | 730.59 |
| | Medicare Tax | -5.37 | 170.86 |
| | PA State Income Tax | -11.38 | 361.75 |
| | NJ SUI Tax | -1.61 | 50.78 |
| | NJ SDI Tax | -0.72 | 22.70 |
| | NJ Paid Family Leave Ins | -0.87 | 27.48 |
| | Federal Income Tax | | 229.28 |
| | **Other** | | |
| | Amzndspp | -10.00 | 170.00 |
| | Pre-Tax Dental | -3.46* | 79.58 |
| | Pre-Tax Vision | -3.69* | 84.87 |
| | 401K-Roth | -15.12 | 477.92 |
| | **Net Pay** | **$302.74** | |
| | Checking Acct 1 | -302.74 | |

**Net Check**      **$0.00**

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $370.80

**Other Benefits and**

| **Information** | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 0.68 | |
| Tot Work Hours | 13.33 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE      ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED   WORK, USA PAID TIME REG,

WORKERS COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

| | |
|---|---|
| **Advice number:** | **00000278745** |
| Pay date: | 06/05/2026 |

Deposited to the account of
**ELIZABETH C TOLAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx2316 | xxxx xxxx | $302.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XRV | 350762 | 118200 | 8050 | 0000275757 | 1 |

Page   1(Con't  Next  Page)

# Earnings  Statement

**ADP**

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
PO BOX  80726
SEATTLE,  WA 98108

Period Beginning:     05/17/2026
Period Ending:        05/23/2026
Pay Date:             05/29/2026

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

ELIZABETH  C TOLAN
300  N. LAFAYETTE  AVE.
MORRISVILLE PA  19067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.1500 | 11.92 | 311.71 | 9,418.17 |
| Flex/Pto | 26.1500 | .53 | 13.86 | 614.49 |
| Premium $1.5 | 1.5000 | 4.45 | 6.68 | 284.28 |
| Premium $2.0 | 2.0000 | 7.27 | 14.54 | 322.92 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem Holiday | | | | 137.32 |
| Premium $4.5 | | | | 17.69 |
| Premium $5.0 | | | | 71.10 |
| **Gross Pay** | | | **$346.79** | 11,570.17 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -21.06 | 707.60 |
| | Medicare Tax | -4.93 | 165.49 |
| | PA State Income Tax | -10.43 | 350.37 |
| | NJ SUI Tax | -1.47 | 49.17 |
| | NJ SDI Tax | -0.66 | 21.98 |
| | NJ Paid Family Leave Ins | -0.80 | 26.61 |
| | Federal Income Tax | | 229.28 |
| | **Other** | | |
| | Amzndspp | -10.00 | 160.00 |
| | Pre-Tax  Dental | -3.46* | 76.12 |
| | Pre-Tax  Vision | -3.69* | 81.18 |
| | 401K-Roth | -13.87 | 462.80 |
| | **Net Pay** | **$276.42** | |
| | Checking  Acct 1 | -276.42 | |

| Net Check | $0.00 |
|---|---|

\* **Excluded  from  federal  taxable  wages**
    Your  federal  taxable  wages  this  period  are  $339.64

**Other  Benefits   and**
**Information**

| | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 0.21 | |
| Tot Work Hours | 11.92 | |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR  410 TERRY  AVE NORTH SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE FOLLOWING  CODES:
BOOT UP, DOWN TIME, COMPANY  BUSINESS,

NEW HIRE ORIENTATION,  OFF SITE WORK, ONSITE     ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS  WORKED, REMOTE  ON CALL. TRAVEL
TIME,UNSCHEDULED    WORK, USA PAID TIME REG,

WORKERS  COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

**Advice number:**        00000275757
Pay date:               05/29/2026

Deposited  to the account  of
**ELIZABETH   C TOLAN**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx2316 | xxxx  xxxx | $276.42 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Earnings Statement

**ADP**

```
CO.    FILE    DEPT.    CLOCK   VCHR NO.
XRV    350762  118200   8050    0000259084    1
```
Page   1(Con't   Next   Page)

AMAZON.COM   SERVICES   LLC
ATTN:  AMAZON  PAYROLL
PO BOX  80726
SEATTLE,   WA  98108

| | |
|---|---|
| Period Beginning: | 05/10/2026 |
| Period Ending: | 05/16/2026 |
| Pay Date: | 05/22/2026 |

Filing Status: Head  of household
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

ELIZABETH  C  TOLAN
300  N. LAFAYETTE  AVE.
MORRISVILLE  PA  19067

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.1500 | 12.20 | 319.03 | 9,106.46 |
| Flex/Pto | 26.1500 | .80 | 20.92 | 600.63 |
| Premium $1.5 | 1.5000 | 4.67 | 7.01 | 277.60 |
| Premium $2.0 | 2.0000 | 7.30 | 14.60 | 308.38 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem Holiday | | | | 137.32 |
| Premium $4.5 | | | | 17.69 |
| Premium $5.0 | | | | 71.10 |
| **Gross Pay** | | | **$361.56** | 11,223.38 |

**Net Check**          **$0.00**

**\* Excluded from federal taxable wages**
  Your  federal  taxable  wages  this  period  are  $354.41

### Other Benefits  and Information

| | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 0.04 | |
| Tot Work Hours | 12.20 | |

## Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -21.97 | 686.54 |
| | Medicare Tax | -5.14 | 160.56 |
| | PA State Income Tax | -10.88 | 339.94 |
| | NJ SUI Tax | -1.54 | 47.70 |
| | NJ SDI Tax | -0.68 | 21.32 |
| | NJ Paid Family Leave Ins | -0.83 | 25.81 |
| | Federal Income Tax | | 229.28 |
| | **Other** | | |
| | Amzndspp | -10.00 | 150.00 |
| | Pre-Tax Dental | -3.46* | 72.66 |
| | Pre-Tax Vision | -3.69* | 77.49 |
| | 401K-Roth | -14.46 | 448.93 |
| | **Net Pay** | **$288.91** | |
| | Checking Acct 1 | -288.91 | |

### Important Notes

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR 410 TERRY  AVE NORTH  SEATTLE  WA 98109

REGULAR  HOURS INCLUDE  THE FOLLOWING  CODES:
BOOT UP, DOWN TIME, COMPANY  BUSINESS,

NEW HIRE  ORIENTATION,   OFF SITE WORK,  ONSITE     ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS WORKED,  REMOTE  ON CALL, TRAVEL
TIME,UNSCHEDULED    WORK, USA PAID TIME REG,

WORKERS  COMP PAID.

© 2000 ADP, inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

| | | |
|---|---|---|
| Advice number: | 00000259084 | |
| Pay date: | 05/22/2026 | |

**THIS IS NOT A CHECK**

Deposited  to the account  of
**ELIZABETH   C TOLAN**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxxx2316 | xxxx  xxxx | $288.91 |

## NON-NEGOTIABLE

# Earnings Statement

**ADP**

CO    FILE    DEPT    CLOCK   VCHR. NO.
XRV   350762  118200  8050    0000249307   1

Page  1(Con't  Next  Page)

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
PO BOX  80726
SEATTLE,  WA  98108

| | |
|---|---|
| Period Beginning: | 05/03/2026 |
| Period Ending: | 05/09/2026 |
| Pay Date: | 05/15/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

ELIZABETH  C  TOLAN
300  N. LAFAYETTE  AVE.
MORRISVILLE PA  19067

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.1500 | 15.22 | 382.78 | 8,787.43 |
| Flex/Pto | 25.1500 | 1.13 | 28.42 | 579.71 |
| Premium $1.5 | 1.5000 | 10.25 | 15.38 | 270.59 |
| Premium $2.0 | 2.0000 | 4.77 | 9.54 | 293.78 |
| Bereavement | | | | 503.00 |
| Nonwrkpaidtme | | | | 201.20 |
| Prem Holiday | | | | 137.32 |
| Premium $4.5 | | | | 17.69 |
| Premium $5.0 | | | | 71.10 |
| **Gross Pay** | | | **$436.12** | 10,861.82 |

| Net Check | $0.00 |
|---|---|

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $428.97

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 0.10 | |
| Tot Work Hours | 15.22 | |

## Deductions

| | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -26.60 | 664.57 |
| | Medicare Tax | -6.22 | 155.42 |
| | PA State Income Tax | -13.17 | 329.06 |
| | NJ SUI Tax | -1.85 | 46.16 |
| | NJ SDI Tax | -0.83 | 20.64 |
| | NJ Paid Family Leave Ins | -1.00 | 24.98 |
| | Federal Income Tax | | 229.28 |
| | **Other** | | |
| | Amzndspp | -10.00 | 140.00 |
| | Pre-Tax  Dental | -3.46* | 69.20 |
| | Pre-Tax  Vision | -3.69* | 73.80 |
| | 401K-Roth | -17.44 | 434.47 |
| | **Net Pay** | **$351.86** | |
| | Checking Acct 1 | -351.86 | |

### Important Notes

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR 410 TERRY  AVE NORTH  SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE FOLLOWING  CODES:
BOOT UP, DOWN  TIME, COMPANY  BUSINESS,

NEW HIRE  ORIENTATION,  OFF SITE WORK. ONSITE   ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON CALL. TRAVEL
TIME.UNSCHEDULED   WORK, USA PAID TIME REG,

WORKERS  COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
PO BOX 80726
SEATTLE, WA 98108

| Advice number: | 00000249307 |
|---|---|
| Pay date: | 05/15/2026 |

THIS IS NOT A CHECK

Deposited  to the account  of
**ELIZABETH  C TOLAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx2316 | xxxx  xxxx | $351.86 |

# NON-NEGOTIABLE