IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-12900

DEBTOR(S):

ELIZABETH C TOLAN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $463.90

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

8/11/2026