Trane U.S. Inc.-CFO 3600 Pammel Creek Road LaCrosse, WI 54601

| Name | Address | Employee ID | Pay Group | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Elizabeth Carly Tolan | 300 N. Lafayette Ave Morrisville, PA 19067 | 744548 | WK2 | 05/04/2026 | 05/10/2026 | 05/15/2026 | |

| Department | Job Title | Location | Pay Rate | Phone Number |
|---|---|---|---|---|
| ISC_Residential (Kyle Hartman) | Assembly Operator | Trenton NJ 2231 E State St | Hourly | 866-472-6793 |

| | Gross Pay | Before Tax Deductions | Employee Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 840.00 | 2.00 | 150.82 | 37.08 | 650.10 |
| YTD | 16,171.25 | 48.00 | 3,002.47 | 756.60 | 12,364.18 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus Non-Discretionary | | | 0 | | 0 | 500.00 |
| Holiday Eligible Savings | | | 0 | | 40 | 840.00 |
| Overtime @1.5 Eligible Savings | | | 0 | | 8 | 252.00 |
| Personal | | | 0 | | 40 | 840.00 |
| Regular | 05/04/2026 - 05/10/2026 | 37 | 21 | 777.00 | 587.25 | 12,332.25 |
| Vacation | 05/04/2026 - 05/10/2026 | 3 | 21 | 63.00 | 67 | 1,407.00 |
| Earnings | | | | 840.00 | | 16,171.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.01 | 1,000.38 |
| Medicare | 12.16 | 233.96 |
| Federal Withholding | 58.64 | 1,191.30 |
| State Tax - PA | 25.73 | 192.99 |
| State Tax - PA | | 302.03 |
| SUI-Employee Paid | | 37.76 |
| NJ WFD - NJWDF | 0.35 | 6.88 |
| NJ FLI - NJFLI | 1.93 | 37.17 |
| Employee Taxes | 150.82 | 3,002.47 |

**Before Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental PT | 2.00 | 48.00 |
| Before Tax Deductions | 2.00 | 48.00 |

**After Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Roth Cntrb | 25.20 | 485.14 |
| SecurBadge | | 35.16 |
| UnionDues | 11.88 | 236.30 |
| After Tax Deductions | 37.08 | 756.60 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 838.85 | 16,135.18 |
| Medicare - Taxable Wage: | 838.85 | 16,135.18 |
| Federal Withholding - Tax | 838.85 | 16,135.18 |
| State Tax Taxable Wages | 838.85 | 6,291.95 |
| State Tax Taxable Wages | 0.00 | 9,837.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 2.5% Basic | 21.00 | 404.29 |
| 40T_MTCH | 21.00 | 404.29 |
| Basic ADD | 0.21 | 1.47 |
| Basic Life | 0.85 | 11.93 |
| Dental Employer | 7.02 | 49.14 |
| Employer Paid Benefits | 50.08 | 871.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank | Citizens Bank | ******4198 | | 650.10 USD |

**Deposit Amount** $ 650.1

**To The Account(s) Of**

Elizabeth Carly Tolan
300 N. Lafayette Ave
Morrisville, PA 19067

Trane U.S. Inc.-CFO 3600 Pammel Creek Road LaCrosse, WI 54601

| Name | Address | Employee ID | Pay Group | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Elizabeth Carly Tolan | 300 N. Lafayette Ave Morrisville, PA 19067 | 744548 | WK2 | 05/11/2026 | 05/17/2026 | 05/22/2026 | |

| Department | Job Title | Location | Pay Rate | Phone Number |
|---|---|---|---|---|
| ISC_Residential (Kyle Hartman) | Assembly Operator | Trenton NJ 2231 E State St | Hourly | 866-472-6793 |

| | Gross Pay | Before Tax Deductions | Employee Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,092.00 | 2.00 | 208.77 | 44.64 | 836.59 |
| YTD | 17,263.25 | 50.00 | 3,211.24 | 801.24 | 13,200.77 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus Non-Discretionary | | | 0 | | 0 | 500.00 |
| Holiday Eligible Savings | | | 0 | | 40 | 840.00 |
| Overtime @1.5 Eligible Savings | 05/11/2026 - 05/17/2026 | 8 | 31.5 | 252.00 | 16 | 504.00 |
| Personal | | | 0 | | 40 | 840.00 |
| Regular | 05/11/2026 - 05/17/2026 | 40 | 21 | 840.00 | 627.25 | 13,172.25 |
| Vacation | | | 0 | | 67 | 1,407.00 |
| Earnings | | | | 1,092.00 | | 17,263.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 67.63 | 1,068.01 |
| Medicare | 15.82 | 249.78 |
| Federal Withholding | 88.88 | 1,280.18 |
| State Tax - PA | 33.46 | 226.45 |
| State Tax - PA | | 302.03 |
| SUI-Employee Paid | | 37.76 |
| NJ WFD - NJWDF | 0.47 | 7.35 |
| NJ FLI - NJFLI | 2.51 | 39.68 |
| Employee Taxes | 208.77 | 3,211.24 |

**Before Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental PT | 2.00 | 50.00 |
| Before Tax Deductions | 2.00 | 50.00 |

**After Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Roth Cntrb | 32.76 | 517.90 |
| SecurBadge | | 35.16 |
| UnionDues | 11.88 | 248.18 |
| After Tax Deductions | 44.64 | 801.24 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,090.85 | 17,226.03 |
| Medicare - Taxable Wage: | 1,090.85 | 17,226.03 |
| Federal Withholding - Ta› | 1,090.85 | 17,226.03 |
| State Tax Taxable Wages | 1,090.85 | 7,382.80 |
| State Tax Taxable Wages | 0.00 | 9,837.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 2.5% Basic | 27.30 | 431.59 |
| 40T_MTCH | 27.30 | 431.59 |
| Basic ADD | 0.21 | 1.68 |
| Basic Life | 0.85 | 12.78 |
| Dental Employer | 7.02 | 56.16 |
| Employer Paid Benefits | 62.68 | 933.80 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank | Citizens Bank | ******4198 | | 836.59 USD |

**Deposit Amount** $ 836.59

**To The Account(s) Of**

Elizabeth Carly Tolan
300 N. Lafayette Ave
Morrisville, PA 19067

Trane U.S. Inc.-CFO 3600 Pammel Creek Road LaCrosse, WI 54601

| Name | Address | Employee ID | Pay Group | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Elizabeth Carly Tolan | 300 N. Lafayette Ave Morrisville, PA 19067 | 744548 | WK2 | 05/18/2026 | 05/24/2026 | 05/29/2026 | |

| Department | Job Title | Location | Pay Rate | Phone Number |
|---|---|---|---|---|
| ISC_Residential (Kyle Hartman) | Assembly Operator | Trenton NJ 2231 E State St | Hourly | 866-472-6793 |

| | Gross Pay | Before Tax Deductions | Employee Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 840.00 | 2.00 | 150.82 | 37.08 | 650.10 |
| YTD | 18,103.25 | 52.00 | 3,362.06 | 838.32 | 13,850.87 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus Non-Discretionary | | | 0 | | 0 | 500.00 |
| Holiday Eligible Savings | | | 0 | | 40 | 840.00 |
| Overtime @1.5 Eligible Savings | | | 0 | | 16 | 504.00 |
| Personal | | | 0 | | 40 | 840.00 |
| Regular | 05/18/2026 - 05/24/2026 | 38 | 21 | 798.00 | 665.25 | 13,970.25 |
| Vacation | 05/18/2026 - 05/24/2026 | 2 | 21 | 42.00 | 69 | 1,449.00 |
| Earnings | | | | 840.00 | | 18,103.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.01 | 1,120.02 |
| Medicare | 12.16 | 261.94 |
| Federal Withholding | 58.64 | 1,338.82 |
| State Tax - PA | 25.73 | 252.18 |
| State Tax - PA | | 302.03 |
| SUI-Employee Paid | | 37.76 |
| NJ WFD - NJWDF | 0.35 | 7.70 |
| NJ FLI - NJFLI | 1.93 | 41.61 |
| Employee Taxes | 150.82 | 3,362.06 |

**Before Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental PT | 2.00 | 52.00 |
| Before Tax Deductions | 2.00 | 52.00 |

**After Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Roth Cntrb | 25.20 | 543.10 |
| SecurBadge | | 35.16 |
| UnionDues | 11.88 | 260.06 |
| After Tax Deductions | 37.08 | 838.32 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 838.85 | 18,064.88 |
| Medicare - Taxable Wage: | 838.85 | 18,064.88 |
| Federal Withholding - Ta› | 838.85 | 18,064.88 |
| State Tax Taxable Wages | 838.85 | 8,221.65 |
| State Tax Taxable Wages | 0.00 | 9,837.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 2.5% Basic | 21.00 | 452.59 |
| 40T_MTCH | 21.00 | 452.59 |
| Basic ADD | 0.21 | 1.89 |
| Basic Life | 0.85 | 13.63 |
| Dental Employer | 7.02 | 63.18 |
| Employer Paid Benefits | 50.08 | 983.88 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank | Citizens Bank | ******4198 | | 650.10 USD |

**Deposit Amount** $ 650.1

**To The Account(s) Of**

Elizabeth Carly Tolan
300 N. Lafayette Ave
Morrisville, PA 19067

Trane U.S. Inc.-CFO 3600 Pammel Creek Road LaCrosse, WI 54601

| Name | Address | Employee ID | Pay Group | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Elizabeth Carly Tolan | 300 N. Lafayette Ave Morrisville, PA 19067 | 744548 | WK2 | 05/25/2026 | 05/31/2026 | 06/05/2026 | |

| Department | Job Title | Location | Pay Rate | Phone Number |
|---|---|---|---|---|
| ISC_Residential (Kyle Hartman) | Assembly Operator | Trenton NJ 2231 E State St | Hourly | 866-472-6793 |

| | Gross Pay | Before Tax Deductions | Employee Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 840.00 | 2.00 | 150.83 | 37.08 | 650.09 |
| YTD | 18,943.25 | 54.00 | 3,512.89 | 875.40 | 14,500.96 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus Non-Discretionary | | | 0 | | 0 | 500.00 |
| Holiday Eligible Savings | 05/25/2026 - 05/31/2026 | 8 | 21 | 168.00 | 48 | 1,008.00 |
| Overtime @1.5 Eligible Savings | | | 0 | | 16 | 504.00 |
| Personal | | | 0 | | 40 | 840.00 |
| Regular | 05/25/2026 - 05/31/2026 | 28 | 21 | 588.00 | 693.25 | 14,558.25 |
| Vacation | 05/25/2026 - 05/31/2026 | 4 | 21 | 84.00 | 73 | 1,533.00 |
| Earnings | | | | 840.00 | | 18,943.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.01 | 1,172.03 |
| Medicare | 12.16 | 274.10 |
| Federal Withholding | 58.64 | 1,397.46 |
| State Tax - PA | 25.73 | 277.91 |
| State Tax - PA | | 302.03 |
| SUI-Employee Paid | | 37.76 |
| NJ WFD - NJWDF | 0.36 | 8.06 |
| NJ FLI - NJFLI | 1.93 | 43.54 |
| Employee Taxes | 150.83 | 3,512.89 |

**Before Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental PT | 2.00 | 54.00 |
| Before Tax Deductions | 2.00 | 54.00 |

**After Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Roth Cntrb | 25.20 | 568.30 |
| SecurBadge | | 35.16 |
| UnionDues | 11.88 | 271.94 |
| After Tax Deductions | 37.08 | 875.40 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 838.85 | 18,903.73 |
| Medicare - Taxable Wage: | 838.85 | 18,903.73 |
| Federal Withholding - Ta› | 838.85 | 18,903.73 |
| State Tax Taxable Wages | 838.85 | 9,060.50 |
| State Tax Taxable Wages | 0.00 | 9,837.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 2.5% Basic | 21.00 | 473.59 |
| 40T_MTCH | 21.00 | 473.59 |
| Basic ADD | 0.21 | 2.10 |
| Basic Life | 0.85 | 14.48 |
| Dental Employer | 7.02 | 70.20 |
| Employer Paid Benefits | 50.08 | 1,033.96 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank | Citizens Bank | ******4198 | | 650.09 USD |

**Deposit Amount** $ 650.09

**To The Account(s) Of**

Elizabeth Carly Tolan
300 N. Lafayette Ave
Morrisville, PA 19067

Trane U.S. Inc.-CFO 3600 Pammel Creek Road LaCrosse, WI 54601

| Name | Address | Employee ID | Pay Group | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Elizabeth Carly Tolan | 300 N. Lafayette Ave Morrisville, PA 19067 | 744548 | WK2 | 06/01/2026 | 06/07/2026 | 06/12/2026 | |

| Department | Job Title | Location | Pay Rate | Phone Number |
|---|---|---|---|---|
| ISC_Residential (Kyle Hartman) | Assembly Operator | Trenton NJ 2231 E State St | Hourly | 866-472-6793 |

| | Gross Pay | Before Tax Deductions | Employee Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 840.00 | 2.00 | 150.84 | 37.08 | 650.08 |
| YTD | 19,783.25 | 56.00 | 3,663.73 | 912.48 | 15,151.04 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus Non-Discretionary | | | 0 | | 0 | 500.00 |
| Holiday Eligible Savings | | | 0 | | 48 | 1,008.00 |
| Overtime @1.5 Eligible Savings | | | 0 | | 16 | 504.00 |
| Personal | | | 0 | | 40 | 840.00 |
| Regular | 06/01/2026 - 06/07/2026 | 39 | 21 | 819.00 | 732.25 | 15,377.25 |
| Vacation | 06/01/2026 - 06/07/2026 | 1 | 21 | 21.00 | 74 | 1,554.00 |
| Earnings | | | | 840.00 | | 19,783.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.01 | 1,224.04 |
| Medicare | 12.17 | 286.27 |
| Federal Withholding | 58.64 | 1,456.10 |
| State Tax - PA | 25.73 | 303.64 |
| State Tax - PA | | 302.03 |
| SUI-Employee Paid | | 37.76 |
| NJ WFD - NJWDF | 0.36 | 8.42 |
| NJ FLI - NJFLI | 1.93 | 45.47 |
| Employee Taxes | 150.84 | 3,663.73 |

**Before Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental PT | 2.00 | 56.00 |
| Before Tax Deductions | 2.00 | 56.00 |

**After Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Roth Cntrb | 25.20 | 593.50 |
| SecurBadge | | 35.16 |
| UnionDues | 11.88 | 283.82 |
| After Tax Deductions | 37.08 | 912.48 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 838.85 | 19,742.58 |
| Medicare - Taxable Wage: | 838.85 | 19,742.58 |
| Federal Withholding - Tax | 838.85 | 19,742.58 |
| State Tax Taxable Wages | 838.85 | 9,899.35 |
| State Tax Taxable Wages | 0.00 | 9,837.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 2.5% Basic | 21.00 | 494.59 |
| 40T_MTCH | 21.00 | 494.59 |
| Basic ADD | 0.21 | 2.31 |
| Basic Life | 0.85 | 15.33 |
| Dental Employer | 7.02 | 77.22 |
| Employer Paid Benefits | 50.08 | 1,084.04 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank | Citizens Bank | ******4198 | | 650.08 USD |

**Deposit Amount** $ 650.08

**To The Account(s) Of**

Elizabeth Carly Tolan
300 N. Lafayette Ave
Morrisville, PA 19067

Trane U.S. Inc.-CFO 3600 Pammel Creek Road LaCrosse, WI 54601

| Name | Address | Employee ID | Pay Group | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Elizabeth Carly Tolan | 300 N. Lafayette Ave Morrisville, PA 19067 | 744548 | WK2 | 06/08/2026 | 06/14/2026 | 06/18/2026 | |

| Department | Job Title | Location | Pay Rate | Phone Number |
|---|---|---|---|---|
| ISC_Residential (Kyle Hartman) | Assembly Operator | Trenton NJ 2231 E State St | Hourly | 866-472-6793 |

| | Gross Pay | Before Tax Deductions | Employee Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 840.00 | 2.00 | 150.82 | 37.08 | 650.10 |
| YTD | 20,623.25 | 58.00 | 3,814.55 | 949.56 | 15,801.14 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus Non-Discretionary | | | 0 | | 0 | 500.00 |
| Holiday Eligible Savings | | | 0 | | 48 | 1,008.00 |
| Overtime @1.5 Eligible Savings | | | 0 | | 16 | 504.00 |
| Personal | | | 0 | | 40 | 840.00 |
| Regular | 06/08/2026 - 06/14/2026 | 40 | 21 | 840.00 | 772.25 | 16,217.25 |
| Vacation | | | 0 | | 74 | 1,554.00 |
| Earnings | | | | 840.00 | | 20,623.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 52.01 | 1,276.05 |
| Medicare | 12.16 | 298.43 |
| Federal Withholding | 58.64 | 1,514.74 |
| State Tax - PA | 25.73 | 329.37 |
| State Tax - PA | | 302.03 |
| SUI-Employee Paid | | 37.76 |
| NJ WFD - NJWDF | 0.35 | 8.77 |
| NJ FLI - NJFLI | 1.93 | 47.40 |
| Employee Taxes | 150.82 | 3,814.55 |

**Before Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental PT | 2.00 | 58.00 |
| Before Tax Deductions | 2.00 | 58.00 |

**After Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Roth Cntrb | 25.20 | 618.70 |
| SecurBadge | | 35.16 |
| UnionDues | 11.88 | 295.70 |
| After Tax Deductions | 37.08 | 949.56 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 838.85 | 20,581.43 |
| Medicare - Taxable Wage: | 838.85 | 20,581.43 |
| Federal Withholding - Tax | 838.85 | 20,581.43 |
| State Tax Taxable Wages | 838.85 | 10,738.20 |
| State Tax Taxable Wages | 0.00 | 9,837.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 2.5% Basic | 21.00 | 515.59 |
| 40T_MTCH | 21.00 | 515.59 |
| Basic ADD | 0.21 | 2.52 |
| Basic Life | 0.85 | 16.18 |
| Dental Employer | 7.02 | 84.24 |
| Employer Paid Benefits | 50.08 | 1,134.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank | Citizens Bank | ******4198 | | 650.10 USD |

**Deposit Amount** $ 650.1

**To The Account(s) Of**

Elizabeth Carly Tolan
300 N. Lafayette Ave
Morrisville, PA 19067

Trane U.S. Inc.-CFO 3600 Pammel Creek Road LaCrosse, WI 54601

| Name | Address | Employee ID | Pay Group | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Elizabeth Carly Tolan | 300 N. Lafayette Ave Morrisville, PA 19067 | 744548 | WK2 | 06/15/2026 | 06/21/2026 | 06/26/2026 | |

| Department | Job Title | Location | Pay Rate | Phone Number |
|---|---|---|---|---|
| ISC_Residential (Kyle Hartman) | Assembly Operator | Trenton NJ 2231 E State St | Hourly | 866-472-6793 |

| | | Gross Pay | Before Tax Deductions | Employee Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 870.00 | 2.00 | 157.73 | 37.98 | 672.29 |
| YTD | | 21,493.25 | 60.00 | 3,972.28 | 987.54 | 16,473.43 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus Non-Discretionary | | | 0 | | 0 | 500.00 |
| Holiday Eligible Savings | | | 0 | | 48 | 1,008.00 |
| Overtime @1.5 Eligible Savings | | | 0 | | 16 | 504.00 |
| Personal | | | 0 | | 40 | 840.00 |
| Regular | 06/15/2026 - 06/21/2026 | 40 | 21.75 | 870.00 | 812.25 | 17,087.25 |
| Vacation | | | 0 | | 74 | 1,554.00 |
| Earnings | | | | 870.00 | | 21,493.25 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 53.87 | 1,329.92 |
| Medicare | 12.60 | 311.03 |
| Federal Withholding | 62.24 | 1,576.98 |
| State Tax - PA | 26.65 | 356.02 |
| State Tax - PA | | 302.03 |
| SUI-Employee Paid | | 37.76 |
| NJ WFD - NJWDF | 0.37 | 9.14 |
| NJ FLI - NJFLI | 2.00 | 49.40 |
| Employee Taxes | 157.73 | 3,972.28 |

**Before Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental PT | 2.00 | 60.00 |
| Before Tax Deductions | 2.00 | 60.00 |

**After Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Roth Cntrb | 26.10 | 644.80 |
| SecurBadge | | 35.16 |
| UnionDues | 11.88 | 307.58 |
| After Tax Deductions | 37.98 | 987.54 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 868.85 | 21,450.28 |
| Medicare - Taxable Wage: | 868.85 | 21,450.28 |
| Federal Withholding - Tax | 868.85 | 21,450.28 |
| State Tax Taxable Wages | 868.85 | 11,607.05 |
| State Tax Taxable Wages | 0.00 | 9,837.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 2.5% Basic | 21.75 | 537.34 |
| 40T_MTCH | 21.75 | 537.34 |
| Basic ADD | 0.21 | 2.73 |
| Basic Life | 0.85 | 17.03 |
| Dental Employer | 7.02 | 91.26 |
| Employer Paid Benefits | 51.58 | 1,185.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank | Citizens Bank | ******4198 | | 672.29 USD |

**Deposit Amount** $ 672.29

**To The Account(s) Of**

Elizabeth Carly Tolan
300 N. Lafayette Ave
Morrisville, PA 19067

Trane U.S. Inc.-CFO 3600 Pammel Creek Road LaCrosse, WI 54601

| Name | Address | Employee ID | Pay Group | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Elizabeth Carly Tolan | 300 N. Lafayette Ave Morrisville, PA 19067 | 744548 | WK2 | 06/22/2026 | 06/28/2026 | 07/02/2026 | |

| Department | Job Title | Location | Pay Rate | Phone Number |
|---|---|---|---|---|
| ISC_Residential (Kyle Hartman) | Assembly Operator | Trenton NJ 2231 E State St | Hourly | 866-472-6793 |

| | Gross Pay | Before Tax Deductions | Employee Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 821.07 | 2.00 | 146.47 | 36.52 | 636.08 |
| YTD | 22,314.32 | 62.00 | 4,118.75 | 1,024.06 | 17,109.51 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bonus Non-Discretionary | | | 0 | | 0 | 500.00 |
| Holiday Eligible Savings | | | 0 | | 48 | 1,008.00 |
| Overtime @1.5 Eligible Savings | | | 0 | | 16 | 504.00 |
| Personal | | | 0 | | 40 | 840.00 |
| Regular | 06/22/2026 - 06/27/2026 | 37.75 | 21.75 | 821.07 | 850 | 17,908.32 |
| Vacation | | | 0 | | 74 | 1,554.00 |
| Earnings | | | | 821.07 | | 22,314.32 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 50.83 | 1,380.75 |
| Medicare | 11.89 | 322.92 |
| Federal Withholding | 56.37 | 1,633.35 |
| State Tax - PA | 25.15 | 381.17 |
| State Tax - PA | | 302.03 |
| SUI-Employee Paid | | 37.76 |
| NJ WFD - NJWDF | 0.35 | 9.49 |
| NJ FLI - NJFLI | 1.88 | 51.28 |
| Employee Taxes | 146.47 | 4,118.75 |

**Before Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental PT | 2.00 | 62.00 |
| Before Tax Deductions | 2.00 | 62.00 |

**After Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Roth Cntrb | 24.64 | 669.44 |
| SecurBadge | | 35.16 |
| UnionDues | 11.88 | 319.46 |
| After Tax Deductions | 36.52 | 1,024.06 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 819.92 | 22,270.20 |
| Medicare - Taxable Wage: | 819.92 | 22,270.20 |
| Federal Withholding - Ta> | 819.92 | 22,270.20 |
| State Tax Taxable Wages | 819.92 | 12,426.97 |
| State Tax Taxable Wages | 0.00 | 9,837.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 2.5% Basic | 20.53 | 557.87 |
| 40T_MTCH | 20.53 | 557.87 |
| Basic ADD | 0.21 | 2.94 |
| Basic Life | 0.85 | 17.88 |
| Dental Employer | 7.02 | 98.28 |
| Employer Paid Benefits | 49.14 | 1,234.84 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank | Citizens Bank | ******4198 | | 636.08 USD |

**Deposit Amount** $ 636.08

**To The Account(s) Of**

Elizabeth Carly Tolan
300 N. Lafayette Ave
Morrisville, PA 19067