**TOLAN, ELIZABETH - E014831** July 10, 2026 **Check No** RA2706650

| Labor Earnings For Period: 06/14/2026 - 06/27/2026 | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Services | 11.75 | 208.33 | 851.04 |
| **Total Labor Earnings** | | **208.33** | **851.04** |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 208.33 | 851.04 |
| Federal Income Tax | 0.00 | 0.00 |
| Local Tax | -2.08 | -8.51 |
| Medicare-Employee | -3.02 | -12.35 |
| PA Local Services Tax SI | 0.00 | -10.00 |
| Pennsylvania State Tax | -6.40 | -26.13 |
| Pennsylvania Unemploy.- | -0.15 | -0.60 |
| Social Security-Employee | -12.92 | -52.77 |
| **Net Pay** | 183.76 | 740.68 |

| Payment Method | Amount |
|---|---|
| Checking:Ending in 3359 | **183.76** |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C003424 | | DEREN | NANCY | 06/16/2026 | Personal Assistance Services | 6.00 | 17.730 | 106.38 |
| C003424 | | DEREN | NANCY | 06/23/2026 | Personal Assistance Services | 5.75 | 17.730 | 101.95 |

Ship To Address

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
17 Plaza Drive, Suite 300

Latham, NY 12110
Phone: 1-877-908-1750

Citizens Bank

**RA2706650**

July 10, 2026

*********************183.76

ONE HUNDRED EIGHTY-THREE DOLLARS & 76/100 CENTS

Payable to: Elizabeth Tolan
300 N Lafayette Ave
Morrisville, PA 19067

Voiding after 90 days

THIS IS NOT A CHECK

NON-NEGOTIABLE

**TOLAN, ELIZABETH - E014831** June 26, 2026 **Check No** RA2706035

| Labor Earnings For Period: 05/31/2026 - 06/13/2026 | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Services | 12.00 | 212.76 | 642.71 |
| **Total Labor Earnings** | | **212.76** | **642.71** |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 212.76 | 642.71 |
| Federal Income Tax | 0.00 | 0.00 |
| Local Tax | -2.13 | -6.43 |
| Medicare-Employee | -3.09 | -9.33 |
| PA Local Services Tax SD | 0.00 | -10.00 |
| Pennsylvania State Tax | -6.53 | -19.73 |
| Pennsylvania Unemploy.- | -0.15 | -0.45 |
| Social Security-Employee | -13.19 | -39.85 |
| **Net Pay** | 187.67 | 556.92 |

| Payment Method | Amount |
|---|---|
| Checking:Ending in 3359 | **187.67** |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C003424 | | DEREN | NANCY | 06/02/2026 | Personal Assistance Services | 6.00 | 17.730 | 106.38 |
| C003424 | | DEREN | NANCY | 06/09/2026 | Personal Assistance Services | 6.00 | 17.730 | 106.38 |

Ship To Address

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
17 Plaza Drive, Suite 300

Latham, NY 12110
Phone: 1-877-908-1750

Citizens Bank

**RA2706035**

June 26, 2026

**********************187.67

ONE HUNDRED EIGHTY-SEVEN DOLLARS & 67/100 CENTS

THIS IS NOT A CHECK

Payable to: Elizabeth Tolan
300 N Lafayette Ave
Morrisville, PA 19067

Voiding after 90 days

NON-NEGOTIABLE

**TOLAN, ELIZABETH - E014831** June 11, 2026 **Check No** RA2705629

**Labor Earnings For Period:**

| | Units | This Check | YTD Amount |
|---|---|---|---|

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | | |
| Amount Owed to Employe | 181.58 | 0.00 |
| Local Tax | 0.00 | -2.17 |
| Medicare-Employee | 0.00 | -3.15 |
| PA Local Services Tax SL | 0.00 | -10.00 |
| Pennsylvania State Tax | 0.00 | -6.67 |
| Pennsylvania Unemploy.- | 0.00 | -0.15 |
| Social Security-Employee | 0.00 | -13.47 |
| **Net Pay** | 181.58 | -35.61 |

| Payment Method | Amount |
|---|---|
| Checking:Ending in 3359 | **181.58** |

**Total Labor Earnings**

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C003424 | | DEREN | NANCY | 05/05/2026 | Personal Assistance Services | 6.25 | 17.730 | 110.81 |
| C003424 | | DEREN | NANCY | 05/12/2026 | Personal Assistance Services | 6.00 | 17.730 | 106.38 |

Ship To Address
PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
17 Plaza Drive, Suite 300

Latham, NY 12110
Phone: 1-877-908-1750

Citizens Bank

**RA2705629**

June 11, 2026

**********************181.58

ONE HUNDRED EIGHTY-ONE DOLLARS & 58/100 CENTS

THIS IS NOT A CHECK

Payable to: Elizabeth Tolan
300 N Lafayette Ave
Morrisville, PA 19067

Voiding after 90 days

NON-NEGOTIABLE

**TOLAN, ELIZABETH - E014831** June 12, 2026 **Check No** RA2705435

| Labor Earnings For Period: 05/17/2026 - 05/30/2026 | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Services | 12.00 | 212.76 | 429.95 |
| **Total Labor Earnings** | | **212.76** | **429.95** |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 212.76 | 429.95 |
| Federal Income Tax | 0.00 | 0.00 |
| Local Tax | -2.13 | -4.30 |
| Medicare-Employee | -3.09 | -6.24 |
| PA Local Services Tax SE | 0.00 | -10.00 |
| Pennsylvania State Tax | -6.53 | -13.20 |
| Pennsylvania Unemploy.- | -0.15 | -0.30 |
| Social Security-Employee | -13.19 | -26.66 |
| **Net Pay** | 187.67 | 369.25 |

| Payment Method | Amount |
|---|---|
| Checking:Ending in 3359 | **187.67** |

Time and Invoices Paid

| Participant No. | Common Law Employer | Last Name | First Name | Start Date | Service | Time / Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| C003424 | | DEREN | NANCY | 05/18/2026 | Personal Assistance Services | 6.00 | 17.730 | 106.38 |
| C003424 | | DEREN | NANCY | 05/26/2026 | Personal Assistance Services | 6.00 | 17.730 | 106.38 |

Ship To Address

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
17 Plaza Drive, Suite 300

Latham, NY 12110
Phone: 1-877-908-1750

Citizens Bank

**RA2705435**

June 12, 2026

*********************187.67

ONE HUNDRED EIGHTY-SEVEN DOLLARS & 67/100 CENTS

Payable to: Elizabeth Tolan
300 N Lafayette Ave
Morrisville, PA 19067

Voiding after 90 days

THIS IS NOT A CHECK

NON-NEGOTIABLE